UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN COMPETELLO, on behalf of herself and all others similarly situated,

      Plaintiff,

-against-

SUNDANCE HOLDINGS GROUP, LLP d/b/a www.sundancecatalog.com,

      Defendant.

No. 24-cv-03567

**NOTICE OF APPEARANCE**

---

  **PLEASE TAKE NOTICE** that Bryn Goodman, Esq., of the law firm of Fox Rothschild LLP, being duly admitted to practice before this Court, hereby enters her appearance as counsel for defendant Sundance Holdings Group, LLC d/b/a www.sundancecatalog.com in connection with the above-captioned action. Ms. Goodman requests that a copy of all papers in this action be served upon her using the contact information set forth below.

    Fox Rothschild LLP
    101 Park Avenue, 17th Floor
    New York, New York 10178
    Attn: Bryn Goodman, Esq.
    Tel: (212) 878-7975
    Fax: (212) 692-0940
    Email: bgoodman@foxrothschild.com

Dated: New York, New York
    June 3, 2024

**FOX ROTHSCHILD LLP**

*/s/ Bryn Goodman*
Bryn Goodman
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7975
bgoodman@foxrothschild.com
*Attorneys for Defendant*

146726138.2